**In re William Pikulin and Savely PETREYKOV, Petitioners.**

Nos. 778, 784, 790.

United States Court of Appeals, Federal Circuit.

July 13, 2005.

William Pikulin, Savely Petreykov, pro se.

Before MAYER, RADER, and DYK, Circuit Judges.

## ON PETITION FOR WRIT OF MANDAMUS

PER CURIAM.

### ORDER

William Pikulin and Savely Petreykov move for reconsideration of this court's order denying their petitions for writs of mandamus in miscellaneous docket numbers 778 and 784. Pikulin and Petreykov also petition for another writ of mandamus in miscellaneous docket number 790, seeking substantially the same relief as sought in the previous mandamus petitions.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions are denied.

(2) The petition is denied.

**Raymond MARLIN, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 05–5134.

United States Court of Appeals, Federal Circuit.

July 14, 2005.

### ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.